AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

CHRISTINA LEWIS, an individual, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EASSIST, INC. D/B/A EASSIST DENTAL SOLUTIONS, a Wyoming corporation,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:22-cv-00121-HCN-DAO

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

March 15, 2023
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge